## DAWSON v. CAMPBELL.

December 30, 1837.

*Rule to show cause why the service of the process should not be set aside.*

A foreign corporation cannot be summoned as garnishees in foreign attachment, by a service on its chief officer, who is within the jurisdiction of this court.

THIS was a writ of foreign attachment, bail $20,000, executed

[Dawson v. Campbell.]

23d Nov. 1837, with directions to summon the Union Bank of Maryland as garnishees.

The sheriff's return was "Nov. 23d, 1837, at half past three o'clock P. M. attached as within commanded, and summoned the President and Directors of the Union Bank of Maryland by personally serving Hugh W. Evans, Esq., president of the said bank, with a true and attested copy of the writ."

In point of fact, the only attempt at service on the garnishees consisted in leaving with their president on his way from Baltimore to New York, a copy of the process at a hotel in Philadelphia, in which he put up as a wayfarer. This was a motion on behalf of the garnishees to set aside the service of the process.

*Cadwalader*, for the garnishees.
*F. W. Hubbell*, contra.

PER CURIAM.—The 45th section of the act of 13th June, 1836, relating to the commencement of actions (*Stroud's Purd. tit. Action*) prescribes that " in every writ of attachment shall be contained a clause commanding the officer to summon all persons in whose hands or possession the said goods or chattels, or any of them may be attached, so that they and every of them be and appear before the said court at the day and place mentioned in the said writ, to answer what shall be objected against them and abide the judgment of the court therein." This is in form and substance a process to bring in the garnishees as fully as in the case of an ordinary summons, in relation to which it is settled, that a foreign corporation cannot be summoned by a service on its head or chief officer who at the time of service is within the territorial jurisdiction of the court. Nash *v.* the Rector, 1 *Miles* 78.

Rule absolute.